Decided November 23, 2004

WATERBURY HOTEL EQUITY, LLC *v.* CITY OF WATERBURY

The defendant's petition for certification for appeal from the Appellate Court, 85 Conn. App. 480 (AC 23392), is denied.

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

*Charles E. Oman III,* in support of the petition.

901

*Ward J. Mazzucco, Frances Codd Slusarz* and *Timothy M. Herring,* in opposition.

Decided November 23, 2004